PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
Rigoberto Nunez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>RIGOBERTO NUNEZ,<br>OSCAR ANDRADE,<br>OSCAR RODRIGUEZ,<br>    Defendants. | CASE NO. 2:17-CR-00149-TLN<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Rigoberto Nunez, Attorney Dina L Santos, Counsel for Defendant Oscar Andrade, and Attorney David D. Fischer, Counsel for Defendant Oscar Rodriguez that the status conference date scheduled for October 26, 2017 at 9:30 a.m. be vacated, and a status conference be scheduled for January 4, 2018 at 9:30 a.m. The Court is advised that counsel have conferred about this request that they have agreed to the court date of January 4, 2018 and that Mr. Conolly, Ms. Santos, and Mr. Fischer have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h) (7)(B)(iv) up to and including January 4, 2018 to review discovery with the client, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public and the defendants in a speedy trial.

Respectfully Submitted,

Dated: October 24, 2017  /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Rigoberto Nunez

Dated: October 24, 2017  /s/ James Conolly
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 24, 2017  /s/ Dina L. Santos
Dina L. Santos
Attorney for Defendant
Oscar Andrade

Dated: October 24, 2017  /s/ David D. Fischer
David D. Fischer
Attorney for Defendant
Oscar Rodriguez

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 26, 2017, status conference is hereby vacated and a status conference for these defendants is set for January 4, 2018, at 9:30 a.m.

Dated: October 24, 2017

_____
Troy L. Nunley
United States District Judge