1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160
    Email: defense@dinasantos.com
4

5   Attorney for:
    Oscar Andrade
6

                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,                CASE NO.  2:17-CR-0149 TLN
10
                          Plaintiff,          STIPULATION REGARDING EXCLUDABLE
11                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
                    v.                        FINDINGS AND ORDER TO CONTINUE CASE
12                                            TO 4/19/2018 AT 9:30 A.M.
    OSCAR ANDRADE,
13  RIGOBERTO NUNEZ,
    OSCAR RODRIGUEZ,
14                        Defendants

15
                                **STIPULATION**
16
         Plaintiff United States of America, by and through its counsel of record, James Conolly, and
17
    Defendants Oscar Andrade, represented by Attorney Dina Santos; Defendant Rigoberto Nunez,
18
    represented by Attorney Percy Martinez, Defendant Oscar Rodriguez, represented by Attorney David
19
    Fischer, hereby stipulate as follows:
20
         1.     By previous order, this matter was set for status on February 22, 2018.
21
         2.     By this stipulation, defendants now move to continue the status conference until April 19,
22
    2018, at 9:30 a.m., and to exclude time between February 22, 2018, and April 19, 2018, under Local
23
    Code T4.  Plaintiff does not oppose this request.
24
         3.     The parties agree and stipulate, and request that the Court find the following:
25
              a)     Counsel for defendants desire additional time to continue to conduct
26
    investigation, and to otherwise prepare for trial.  Counsel for defendants believe that failure to
27
    grant the above-requested continuance would deny them the reasonable time necessary for
28

    Stipulation and Order Continuing Status Conf. &          1
    Excluding Time Periods Under Speedy Trial Act

effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. In addition to the time required to continue investigation and prepare for trial.

        b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2018, to April 19, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 22, 2018                 MCGREGOR SCOTT
                                       United States Attorney


                                       /s/ James Conolly
                                       JAMES CONOLLY
                                       Assistant United States Attorney


Dated: February 20, 2018                 /s/   Dina L. Santos
                                         DINA L. SANTOS, ESQ.
                                         Attorney for OSCAR ANDRADE

1  Dated:  February 20, 2018          /s/   Percy Martinez
                                         PERCY MARTINEZ, ESQ.
2                                        Attorney for RIGOBERTO NUNEZ

3

4  Dated:  February 20, 2018          /s/   David Fischer
                                         DAVID FISCHER, ESQ.
5                                        Attorney for OSCAR RODRIGUEZ

6

7                                  **ORDER**

8        IT IS SO FOUND AND ORDERED this 21st day of February, 2018.

9

10

11

12                                     _____
                                         Troy L. Nunley
13                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Continuing Status Conf. &          3
Excluding Time Periods Under Speedy Trial Act