1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  2:17-CR-00149-TLN

                         Plaintiff,         STIPULATION TO CONTINUE STATUS
12                                           CONFERENCE AND EXCLUDE TIME PERIODS
                    v.                       UNDER SPEEDY TRIAL ACT; FINDINGS AND
13                                           ORDER
   RIGOBERTO NUNEZ;
14 OSCAR ANDRADE; AND                       DATE: April 19, 2018
   OSCAR RODRIGUEZ,                          TIME: 9:30 a.m.
15                                           COURT: Hon. Troy L. Nunley
                         Defendants.
16

17                              **STIPULATION**

18      1.      By previous order, this matter was set for status on April 19, 2018.

19      2.      By this stipulation, the parties move to continue the status conference until May 31, 2018,

20 and to exclude time between April 19, 2018 and May 31, 2018, under Local Code T4.

21      3.      The parties agree and stipulate, and request that the Court find the following:

22      a)      The government has represented that it has produced discovery in the form of

23 investigative reports, photographs, and audio files, which the defendants need time to review,

24 discuss with their counsel, and pursue investigation.  The government has also represented that it

25 has made available to defense counsel additional electronic surveillance discovery, which the

26 defendants will also need time to review.

27      b)      Counsel for defendants believe that failure to grant the above-requested

28 continuance would deny counsel the reasonable time necessary for effective preparation, taking

STIPULATION TO CONTINUE STATUS AND EXCLUDE          1
TIME; [PROPOSED] FINDINGS AND ORDER

1    into account the exercise of due diligence.

2          c)      Based on the above-stated findings, the ends of justice served by continuing the

3    case as requested outweigh the interest of the public and the defendants in a trial within the

4    original date prescribed by the Speedy Trial Act.

5          d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

6    et seq., within which trial must commence, the time period of April 19, 2018 to May 31, 2018,

7    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

8    because it results from a continuance granted by the Court at defendants' request on the basis of

9    the Court's finding that the ends of justice served by taking such action outweigh the best interest

10   of the public and the defendant in a speedy trial.

11        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

12   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13   must commence.

14        IT IS SO STIPULATED.

15   Dated:  April 17, 2018                         McGREGOR W. SCOTT
                                                    United States Attorney

16                                                  /s/ JAMES R. CONOLLY
17                                                  JAMES R. CONOLLY
                                                    Assistant United States Attorney

18

19   Dated:  April 17, 2018                         /s/ *Dina L. Santos*
                                                    DINA L. SANTOS
20                                                  Counsel for Defendant
                                                    Oscar Andrade
21

22   Dated:  April 17, 2018                         /s/ *Preciliano Martinez*
                                                    PRECILIANO MARTINEZ
23                                                  Counsel for Defendant
                                                    Rigoberto Nunez
24

25   Dated:  April 17, 2018                         /s/ *David Fischer*
                                                    DAVID FISCHER
26                                                  Counsel for Defendant
                                                    Oscar Rodriguez
27

28

# FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 31, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the April 19, 2018 status conference shall be continued until May 31, 2018, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 17th day of April, 2018.

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE