Preciliano Martinez
Attorney At Law, SBN 93253
1120 14th Street, Suite 5
Modesto, CA 95354
Telephone: (209) 579-2206
Email: attymartinezp@yahoo.com

Attorney for:
Rigoberto Nunez

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RIGOBERTO NUNEZ,<br>OSCAR ANDRADE,<br>OSCAR RODRIGUEZ,<br><br>　　　　　　　　Defendants | CASE NO. 2:17-CR-00149 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 2/21/19 AT 9:30 A.M. |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, James Conolly, and Defendants Rigoberto Nunez, represented by Attorney Preciliano Martinez, Defendant Oscar Andrade represented by Attorney Dina Santos; Defendant Oscar Rodriguez, represented by David Fischer, hereby stipulate as follows:

　　1.　By previous order, this matter was set for status on September 20, 2018.

　　2.　By this stipulation, defendants now move to continue the status conference until February 21, 2019, and to exclude time between September 20, 2018, and February 21, 2019, under Local Code T4. Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery and negotiate with the Government.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to

Stip. & [Proposed] Order Continuing Status Conf. &　　　　1
Excluding Time Periods Under Speedy Trial Act

grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

  b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2018, and February 21, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 18, 2018          MCGREGOR SCOTT
                     United States Attorney

                     /s/ James Conolly
                     JAMES CONOLLY
                     Assistant United States Attorney

Dated: September 18, 2018          /s/ Preciliano Martinez
                     PRECILIANO MARTINEZ, ESQ.
                     Attorney for Rigoberto Nunez

Dated: September 18, 2018          /s/ Dina L. Santos
                     DINA L. SANTOS, ESQ.
                     Attorney for Oscar Andrade

Dated: September 18, 2018         /s/   David Fischer
                                  DAVID FISCHER, ESQ.
                                  Attorney for Oscar Rodriguez

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of September, 2018.

                                  Troy L. Nunley
                                  United States District Judge