**PRECILIANO MARTINEZ**
**ATTORNEY AT LAW**
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, California 95354
PHONE: (209) 579-2206
FAX: (209) 579-2211
EMAIL: attymartinezp@yahoo.com

ATTORNEY FOR Defendant,
Rigoberto Nunez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rigoberto Nunez,<br><br>Defendant. | Case No.: 2:17-CR-149-TLN-1<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE** |

**TO:    THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representative, James Conolly and the Defendant, Rigoberto Nunez, by and through his attorney of record, Preciliano Martinez that release condition #10 which requires the Defendant to submit to drug and/or alcohol testing to stop.

United States Pretrial Services Officer Darryl Walker has advised defense counsel that he does not oppose the modification of Mr. Nunez's release conditions to remove the drug testing condition.

Accordingly, the parties agree and stipulate that Mr. Nunez's conditions of release should be modified as follows:  The submission of drug and/or alcohol testing to stop.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:    8/12/19          By:   */s/James Conolly*
                                 James Conolly
                                 Assistant United States Attorney

DATED:    8/12/19          By:   */s/Preciliano Martinez*
                                 Preciliano Martinez
                                 Attorney for Defendant Rigoberto Nunez

## ORDER

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant's drug and/or alcohol testing ~~to stop~~ shall be discontinued. All other conditions shall remain in effect.

**IT IS SO ORDERED**.

Dated:  August 12, 2019

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE