McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO NUNEZ;<br>OSCAR ANDRADE; AND<br>OSCAR RODRIGUEZ,<br><br>Defendants. | CASE NO. 2:17-CR-00149-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 20, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on February 20, 2020.

2.  By this stipulation, the United States and defendant Rigoberto Nunez, through his counsel, Preciliano Martinez, and counsel for Oscar Rodriguez, David Fischer, move to continue the status conference until March 26, 2020, at 9:30 a.m., and to exclude time between February 20, 2020 and March 26, 2020, under Local Code T4, for Mr. Nunez, and under Local Code M, for Mr. Rodriguez.

3.  Defendant Oscar Andrade has entered a change of plea in his matter, and therefore does not join in this stipulation.

4.  The parties agree and stipulate, and request that the Court find the following:

    a)  Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. The government has represented that it has

produced discovery in the form of investigative reports, photographs, and audio files, which the defendants need time to review, discuss with their counsel, and pursue investigation. The government has also represented that it has made available to defense counsel additional electronic surveillance discovery, which the defendants will also need time to review.

    b)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)    The government does not oppose this request.

    d)    At present, the whereabouts of Mr. Rodriguez are unknown, and he is therefore unavailable.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f)    With regard to Mr. Nunez, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 20, 2020 to March 26, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    g)    With regard to Mr. Rodriguez, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of February 20, 2020 to March 26, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161 (h)(3)(A) & (B) [Local Code M]: unavailability of a defendant.

///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: February 18, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
|---|---|
| Dated: February 18, 2020 | /s/ *Preciliano Martinez*<br>PRECILIANO MARTINEZ<br>Counsel for Defendant<br>Rigoberto Nunez |
| Dated: February 18, 2020 | /s/ *David Fischer*<br>DAVID FISCHER<br>Counsel for Defendant<br>Oscar Rodriguez |

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that the whereabouts of Oscar Rodriguez remain unknown, and he is therefore unavailable.

The Court orders the time from the date the parties stipulated, up to and including March 26, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), with respect to Rigoberto Nunez, and pursuant to 18 U.S.C. §3161 (h)(3)(A) & (B) [Local Code M], with respect to Oscar Rodriguez. It is further ordered that the February 20, 2020 status conference shall be continued until March 26, 2020, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 18th day of February, 2020.

Troy L. Nunley
United States District Judge