Preciliano Martinez
Attorney At Law, SBN 93253
1120 14th Street, Suite 5
Modesto, CA 95354
Telephone: (209) 579-2206
Email: office@percymartinez-law.com

Attorney for:
Rigoberto Nunez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RIGOBERTO NUNEZ, and
OSCAR RODRIGUEZ,

Defendants.

CASE NO. 2:17-CR-00149 TLN

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 5/20/2021 AT 9:30 A.M.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, James Conolly, and Defendants Rigoberto Nunez, represented by Attorney Preciliano Martinez, Defendant Oscar Rodriguez, represented by David Fischer, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 15, 2021.

2. By this stipulation, defendants now move to continue the status conference until May 20, 2021, and to exclude time between April 15, 2021, and May 20, 2021, under Local Codes T4 and M. Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery and negotiate with the Government.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendants desire additional time to continue to conduct investigation, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does

not object to the continuance.

      b)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time between April 15, 2021, and May 20, 2021,, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for Mr. Nunez because it results form a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period between April 15, 2021, and May 20, 2021,, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161 (h)(3)(A) & (B) [Local Code M]: unavailability of a defendant for Mr. Rodriguez.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 14, 2021                    /s/ James Conolly
                                       JAMES CONOLLY
                                       Assistant United States Attorney

Dated: April 14, 2021                    /s/   Preciliano Martinez
                                       PRECILIANO MARTINEZ, ESQ.
                                       Attorney for Rigoberto Nunez

Dated: April 14, 2021                    /s/   David Fischer
                                       DAVID FISCHER, ESQ.
                                       Attorney for Oscar Rodriguez

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of April, 2021.

Troy L. Nunley
United States District Judge

Stip. & Order Continuing Status Conf. & Excluding Time Periods Under Speedy Trial Act

3