PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
office@percymartinez-law.com

Attorney for Defendant
Rigoberto Nunez

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00149-TLN-1 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| RIGOBERTO NUNEZ, | |
| Defendant. | Date: April 7, 2022 |
| | Time: 9:30 a.m. |
| | Honorable  Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Rigoberto Nunez, that the sentencing date scheduled for February 3, 2022, at 9:30 a.m. be vacated and the sentencing date be continued to this Court's calendar on April 7, 2022, at 9:30 a.m. Defense counsel has been notified by Defendant, he has tested positive for COVID19 and his daughter has also tested positive (Exhibit A). Defense counsel and the government also need additional time to do a safety valve debrief. Therefore, we respectfully ask the Court to continue the sentencing to April 7, 2022.

//

The court is advised that counsel have conferred about this request, that they have agreed to the court date of April 7, 2022.

Respectfully Submitted,

Dated:  January 28, 2022                    /s/ Preciliano Martinez
                                            Preciliano Martinez
                                            Attorney for Defendant

Dated:  January 28, 2022                    /s/ James Conolly
                                            James Conolly
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current February 3, 2022, sentencing date is hereby vacated and reset to April 7, 2022, at 9:30 a.m.

Dated:  January 31, 2022

_____
Troy L. Nunley
United States District Judge