PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
office@percymartinez-law.com

Attorney for Defendant
Office@percymartinez-law.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RIGOBERTO NUNEZ,<br><br>    Defendant. | CASE NO. 2:17-CR-00149-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>Date: April 7, 2022<br>Time: 9:30a.m.<br>Courtroom 2<br><br>Honorable Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record James R. Conolly, and Defendant Rigoberto Nunez, represented by Attorney Preciliano Martinez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 7, 2022. By this stipulation, defendant now moves to continue the sentencing to June 2, 2022, and to exclude time between April 7, 2022, and June 2, 2022, under Local Codes T4 and M. Plaintiff does not oppose this request. The Defense Attorney tested positive for COVID-19 on August 10, 2021, which delayed the presentencing interview with Probation and Mr. Nunez. The presentence interview was completed on

September 17, 2021.  On January 30, 2022 Mr. Nunez and his family tested positive for COVID-19 which delayed the Safety Valve interview.

2. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desire additional time to receive and review the Presentence Investigation Report.  The government does not object to the continuance.

b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and sentencing of defendant within the original date prescribed by the Speedy Trial Act.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., for time of sentencing, the time period from April 7, 2022 and June 2, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for Mr. Nunez, because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's in a speedy trial rights.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which sentencing must occur.

Respectfully Submitted,

Dated: April 4, 2022                                    /s/ Preciliano Martinez
                                                        Preciliano Martinez
                                                        Attorney for Defendant
                                                        Rigoberto Nunez

Dated: April 4, 2022                                    /s/ James Conolly
                                                        James Conolly
                                                        Assistant U.S. Attorney

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current April 7, 2022, sentencing date is hereby vacated and reset to **June 2, 2022, at 9:30 a.m.**

Dated:  April 5, 2022

Troy L. Nunley
United States District Judge